# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2018AP168 |

| | |
|---|---|
| COMPLETE TITLE: | In the matter of the temporary guardianship and protective placement of J.J.H.:<br><br>Waukesha County,<br>      Petitioner-Respondent,<br>   v.<br>J.J.H.,<br>      Respondent-Appellant-Petitioner. |

REVIEW OF DECISION OF THE COURT OF APPEALS

| | |
|---|---|
| OPINION FILED: | February 27, 2020 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | February 10, 2020 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | Circuit |
| COUNTY: | Waukesha |
| JUDGE: | Lloyd Carter |

JUSTICES:
DALLET, J. dissents.
NOT PARTICIPATING:
ANN WALSH BRADLEY and HAGEDORN, JJ.

ATTORNEYS:

For the respondent-appellant-petitioner, there were briefs filed by *Colleen D. Ball*, assistant state public defender. There was an oral argument by *Colleen D. Ball*.

For the petitioner-respondent, there was a brief filed by *Robert J. Mueller*, Wauskeha. There was an oral argument by *Robert J. Mueller*.

An amicus curiae briefs was filed on behalf of Association for the Rights of Citizens with Handicaps, Disability Rights

Wisconsin, National Disability Rights Network, and National Association of the Deaf by *Susan R. Tyndall* and *Habush, Habush & Rottier, S.C.*

2020 WI 22

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No. 2018AP168
(L.C. No. 2017ME589)

STATE OF WISCONSIN    :    IN SUPREME COURT

In the matter of the temporary guardianship and protective placement of J.J.H.:

**Waukesha County,**

      **Petitioner-Respondent,**

    **v.**

**J.J.H.,**

      **Respondent-Appellant-Petitioner.**

**FILED**

**FEB 27, 2020**

Sheila T. Reiff
Clerk of Supreme Court

REVIEW of a decision of the Court of Appeals. *Dismissed as improvidently granted.*

¶1 PER CURIAM. J.J.H. petitioned for review of the decision of the court of appeals, Waukesha Cty. v. J.J.H., No. 2018AP168, unpublished order (Wis. Ct. App. Jan. 30, 2019), dismissing her appeal as moot. After reviewing the record and the briefs of both parties, and after hearing oral arguments, we conclude this matter should be dismissed as improvidently granted.

¶2 *By the Court.*—The review of the decision of the court of appeals is dismissed as improvidently granted.

¶3 ANN WALSH BRADLEY, J., withdrew from participation.

¶4 BRIAN HAGEDORN, J., did not participate.

¶5 REBECCA FRANK DALLET, J., dissents.